IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| ALICE McCABE and CHRISTINE NELSON, | ) ) ) | Case No. 1:05-cv-73 |
| Plaintiffs, | ) ) ) | **APPENDIX IN SUPPORT OF RESISTANCE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | ) ) | |
| BRUCE MACAULAY, MICHAEL PARKER, HOLLY MICHAEL, IOWA STATE PATROL, TROY BAILEY, RICK BUSCH, LINN COUNTY AND MICHELLE MAIS, | ) ) ) ) ) ) | **AND IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANTS IOWA STATE PATROL, TROY BAILEY AND RICK BUSCH** |
| Defendants. | ) | |

 **Page**

Affidavit of Alice McCabe . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Affidavit of Christine Nelson . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Declaration of Lieutenant Brent Long . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Affidavit of Barb Hannon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Declaration of Bruce Macaulay . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Declaration of Holly Michael . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

Declaration of Michael Parker . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Declaration of Kevin Walsh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

Response of Defendant Bruce Macaulay to Plaintiffs' First Set of Interrogatories . . . . 38

Response of Defendant Holly Michael to Plaintiffs' First Set of Interrogatories . . . . . . 42

Response of Defendant Michael Parker to Plaintiffs' First Set of Interrogatories . . . . . 46

Defendant Troy Bailey's Response to Plaintiffs' First Set of Interrogatories, Nos. 7 & 8
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

Defendant Rick Busch's Response to Plaintiffs' First Set of Interrogatories, Nos. 7 & 8
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

Excerpt of the Deposition of Troy Bailey, taken September 27, 2006 . . . . . . . . . . . . . . 59

Excerpt of the Deposition of Rick Busch, taken September 27, 2006 . . . . . . . . . . . . . 100

Excerpt of the Deposition of Barbara Hannon, taken October 16, 2006 . . . . . . . . . . . 141

Excerpt of the Deposition of Alice McCabe, taken November 28, 2006 . . . . . . . . . . . 156

Excerpt of the Deposition of Joel Miller, taken October 16, 2006 . . . . . . . . . . . . . . . 189

Excerpt of the Deposition of Christine Nelson, taken November 28, 2006 . . . . . . . . . 199

Deposition Exhibit 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 239

Deposition Exhibit 7 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243

Deposition Exhibit 18 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 247

Arial photo . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 249

Deposition Exhibit 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 250

Deposition Exhibit 14 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 251

Deposition Exhibit 47 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 252

Iowa Courts on Line case disposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 253

Iowa State Patrol Investigative Report, Cendida Pagan . . . . . . . . . . . . . . . . . . . . . . . 256

Iowa State Patrol Investigative Report, Hodna Nuernberg . . . . . . . . . . . . . . . . . . . . . 258

THOMAS J. MILLER
IOWA ATTORNEY GENERAL

 /s/   Jeffrey C. Peterzalek
JEFFREY C. PETERZALEK
Deputy Attorney General
Department of Justice
Hoover Building, 2nd Floor
1305 E. Walnut
Des Moines, Iowa 50319
Ph:  (515) 281-4213
Fax: (515) 281-7551
jpeterz@ag.state.ia.us
ATTORNEYS FOR DEFENDANTS
IOWA STATE PATROL, TROY BAILEY
and RICK BUSCH

3

Copy to:

David A. O'Brien
3519 Center Point Road NE
Cedar Rapids, IA 52406-2008

Zachary C. Richter
U.S. Department of Justice
Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044

Todd D. Tripp
Assistant County Attorney
51 Third Avenue Bridge
Cedar Rapids, IA 52401

| **Proof of Service** |  |
|---|---|
| The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on March 30, 2007 |  |
| 9 U.S. Mail | 9 FAX |
| 9 Hand Delivery | 9 Overnight Courier |
| 9 Federal Express | 9 Other |
| X Electronically | |
| Signature: /s/ Jeff Peterzalek | |