IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

ALICE MCCABE and CHRISTINE NELSON,

    Plaintiffs,

vs.

BRUCE MACAULAY, TROY BAILEY, RICK BUSCH, THE IOWA STATE PATROL, MICHELLE MAIS and LINN COUNTY, IOWA,

    Defendants.

No. 05-CV-73-LRR

**ORDER**

_____

The matter before the court is Plaintiffs' Motion for Partial Summary Judgment Against All Individual Defendants ("Motion") (docket no. 124). The Motion is **DENIED**.

When viewed in the light most favorable to Defendants and affording them all reasonable inferences, *Baer Gallery, Inc. v. Citizen's Scholarship Found of Am.*, 450 F.3d 816, 820 (8th Cir. 2006), a reasonable jury could return a verdict for Defendants, *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). Various law enforcement officers have testified that (1) Plaintiffs were informed of the security restrictions in place after they arrived at the easternmost entrance to the Noelridge Park parking lot ("Bus Entrance"); (2) law enforcement officers identified themselves and repeatedly ordered Plaintiffs to move away from the vicinity of the Bus Entrance; and (3) Plaintiffs refused to comply with such orders. These same law enforcement also adamantly deny singling out and arresting Plaintiffs solely because they were protestors. The law enforcement officers do admit (or fail to deny) that some non-protestors were permitted to stand in the restricted areas of 42nd Street NE and its rights-of-way; however, the law enforcement officers testified that such non-protestors received permission to stand in the restricted

areas for reasons unrelated to the content of their speech. Further, Michelle Mais, the Linn County Jail employee who strip searched and inspected the anal cavities of Plaintiffs, testified that she apparently did so because she is incompetent and not because of the content of Plaintiffs' speech.[1]

Accordingly, when the facts are viewed in the light most favorable to Defendants, a reasonable jury could find that Defendants did not violate Plaintiffs' constitutional or statutory rights or were entitled to qualified immunity. Therefore, partial summary judgment to Plaintiffs would be improper. Fed. R. Civ. P. 56.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion (docket no. 124) is **DENIED**. Trial remains set for the two-week period beginning December 10, 2007.

**IT IS SO ORDERED.**

**DATED** this 17th day of September, 2007.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

---

[1] Mais does not remember her actions. Plaintiffs do not allege an excessive force claim. *Cf. Baker v. Chisom*, No. 06-2838, 2007 WL 2416362 (8th Cir. Aug. 28, 2007).