IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ALICE MCCABE and CHRISTINE NELSON ) | |
| ) | |
| Plaintiff, ) | No. C 05-73 LRR |
| ) | |
| vs. ) | |
| ) | JUDGMENT IN A CIVIL CASE |
| BRUCE MACAULAY and MICHELLE MAIS ) | |
| ) | |
| Defendant. ) | |

☒ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY COURT:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT is hereby entered in favor of Defendant Bruce Macaulay on all claims in the Fifth Amended Complaint (docket no. 165).

Dated: June 4, 2008

ROBERT L. PHELPS
Clerk

*Dianne Eveland*
(By) Clerk