IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ALICE MCCABE and CHRISTINE NELSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHELLE MAIS,<br><br>    Defendant. | No. 05-CV-73-LRR<br><br>**ORDER** |

_____

Because the court recently vacated the Judgment Order (docket no. 279) in part and Plaintiffs are no longer "prevailing parties," Plaintiffs' "Motion for Award of Attorneys' Fees & Expenses" (docket no. 287) is **DENIED AS MOOT**. *See* 42 U.S.C. § 1988(b) (permitting award of attorneys' fees to a "prevailing party"). Further, the court's Order (docket no. 311) on Plaintiffs' Bill of Costs (docket no. 286) is **VACATED**. *See, e.g., Farmer v. Arabian Am. Oil Co.*, 379 U.S. 227, 232-33 (1964) (stating that costs should be taxed "only when judgment [is] finally entered for [a prevailing party]"), *abrogated on other grounds by Crawford Fitting Co. v. J.T. Gibbons, Inc.*, 482 U.S. 437, 442-43 (1987). Plaintiffs may file a motion for attorneys' fees and expenses and a bill of costs if the court enters judgment in their favor at some later date.

    **IT IS SO ORDERED.**

    **DATED** this 2d day of October, 2008.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA