IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| ALICE MCCABE and CHRISTINE NELSON | ) ) | |
| Plaintiff, | ) ) | No.  05 CV 73 LRR |
| vs. | ) ) | |
| | ) | JUDGMENT IN A CIVIL CASE |
| MICHELLE MAIS | ) ) | |
| Defendant. | ) | |

❑ **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

■ **DECISION BY COURT:**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant Michelle Mais is ORDERED to pay Plaintiffs a total of $27,810.92 in attorneys' fees and costs, pursuant to 42 U.S.C. Section 1988.  Judgment is entered in favor of Plaintiffs in the amount of $34,025.03.  This latter figure includes the amount the Clerk of Court taxed in favor of Plaintiffs and Defendant on December 5, 2008, pursuant to 28 U.S.C. Section 1920.

Dated: March 16, 2009  ROBERT L. PHELPS
 Clerk

 _____
 (By) Deputy Clerk